JODI SIEGNER, Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation and Board of Trustees
for the Carpenters Southwest Trusts

JS-6

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>J.S.I., INC., a Nevada corporation; JOSEPH SATHER, an individual; PATRICIA SATHER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 15-04331 RGK (FFMx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Before The Honorable<br>R. Gary Klausner<br><br>DATE: November 23, 2015<br>TIME: 9:00 a.m.<br>CTRM: 850 |

This case came for hearing on November 23, 2015 before the Honorable R. Gary Klausner, United States District Court Judge.

It appearing that defendant, J.S.I., INC., a Nevada corporation, ("CORPORATION"), having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST J.S.I., INC., a Nevada corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $50,883.25 |
| 2. | Liquidated damages | 12,269.80 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to November 23, 2015 (accruing at $12.11 per day) | 3,149.29 |
| 4. | Attorneys' fees pursuant to L.R. 55-3 | 4,126.12 |
| | **GRAND TOTAL** | **$70,428.46** |

5. Plus costs to be determined after entry of judgment.

6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the ~~rate of ____ % per annum.~~ applicable interest rate.

DATED: 12/2/15

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By: _____
JODI SIEGNER
Attorney for Plaintiffs